SLIP OP. 12-111

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SIOUX HONEY ASSOCIATION, ADEE HONEY FARMS, MONTEREY MUSHROOMS, INC., THE GARLIC COMPANY, and BEAUCOUP CRAWFISH, INC., dba RICELAND CRAWFISH, INC., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Before: Timothy C. Stanceu, Judge <br><br> Court No. 09-00141 |

## JUDGMENT

In accordance with the decision of the U.S. Court of Appeals for the Federal Circuit in *Sioux Honey Association v. Hartford Fire Insurance Company*, 672 F.3d 1041 (Fed. Cir. 2012), the resulting mandate, and all other filings and proceedings herein, it is hereby

**ORDERED** that Count One of the complaint as asserted against the surety defendants be, and hereby is, DISMISSED for lack of jurisdiction; and it is further

**ORDERED** that Count Eleven of the complaint be, and hereby is, DISMISSED for lack of jurisdiction.

/S/   Timothy C. Stanceu
                Judge

Dated: August 29, 2012
       New York, New York